FILED

JUL 25 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

IVAN HOUSKIN, aka "Peanut,"
ANTWAN FRANKLIN, aka "Boss" and
TODD FRANKLIN, aka "Lil One"

No. 18 CR 453

Violations: Title 21, United States Code, Section 841(a)(1)

UNDER SEAL

JUDGE DOW
MAGISTRATE JUDGE ROWLAND

### COUNT ONE

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about October 6, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

IVAN HOUSKIN, aka "Peanut," and
ANTWAN FRANKLIN, aka "Boss,"

defendants herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 13, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

                ANTWAN FRANKLIN, aka "Boss,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about October 17, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

>IVAN HOUSKIN, aka "Peanut," and
>ANTWAN FRANKLIN, aka "Boss,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about November 3, 2017, at approximately 10:14 p.m., at Chicago, in the Northern District of Illinois, Eastern Division,

> IVAN HOUSKIN, aka "Peanut," and
> ANTWAN FRANKLIN, aka "Boss,"

defendants herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about November 17, 2017, at approximately 9:16 p.m., at Chicago, in the Northern District of Illinois, Eastern Division,

ANTWAN FRANKLIN, aka "Boss,"

defendants herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about November 24, 2017, at approximately 8:26 p.m., at Chicago, in the Northern District of Illinois, Eastern Division,

ANTWAN FRANKLIN, aka "Boss,"

defendants herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about November 24, 2017, at approximately 10:15 p.m., at Chicago, in the Northern District of Illinois, Eastern Division,

ANTWAN FRANKLIN, aka "Boss,"

defendants herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about December 15, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

TODD FRANKLIN, aka "Lil One,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about December 29, 2017, at Chicago, in the Northern District of Illinois, Eastern Division,

TODD FRANKLIN, aka "Lil One,"

defendant herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about January 16, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

TODD FRANKLIN, aka "Lil One,"

defendant herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about January 26, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

TODD FRANKLIN, aka "Lil One,"

defendant herein, did knowingly and intentionally distribute controlled substances, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about February 2, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

TODD FRANKLIN, aka "Lil One,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

The SPECIAL AUGUST 2017 GRAND JURY further charges:

On or about February 8, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

TODD FRANKLIN, aka "Lil One,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY